

**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

October 31, 2012

RE:  Case No. 01-11-00439-CV

Style: In the Matter of C.L.S.


     Today the First Court of Appeals issued a dissenting opinion(s) in the above-referenced cause.
A copy of the dissenting opinion(s) can be obtained through Case Search on our Court's webpage at:

http://www.1stcoa.courts.state.tx.us/.

T. C. Case # 56309               M. Karinne McCullough, Clerk of the Court

JIMMY PHILLIPS JR.
P.O. DRAWER 29
ANGLETON, TX  77516-0029



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

October 31, 2012

RE:  Case No. 01-11-00439-CV

Style: In the Matter of C.L.S.


     Today the First Court of Appeals issued a dissenting opinion(s) in the above-referenced cause.
A copy of the dissenting opinion(s) can be obtained through Case Search on our Court's webpage at:

http://www.1stcoa.courts.state.tx.us/.

T. C. Case # 56309               M. Karinne McCullough, Clerk of the Court

MARY  PETER CUDD
229 E. CEDAR
ANGLETON, TX  77515